IN RE:                                                                    CASE NO.: 14-44189-pjs

**Augustine O Igwe,**

   **Debtor.**

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Wilmington Trust, National Association, not in its        Bank of America, N.A. C/O Wells Fargo Bank,
individual capacity, but solely as trustee for MFRA        N.A.
Trust 2014-2                                               Name of Transferor
Name of Transferee


Name and Address where notices to Transferee              Court Claim # (if known): 8-1
should be sent:                                           Amount of Claim: $688,198.41
Fay Servicing, LLC                                        Date Claim Filed: 06/27/2014
440 S. LaSalle Street
Ste. 2000
Chicago, IL 60605


Phone: 312-780-0011                                       Phone:
Last Four Digits of Acct #: 8903                          Last Four Digits of Acct #:


Name and Address where Transferee payments
should be sent (if different from above):
Fay Servicing, LLC
440 S. LaSalle Street
Ste. 2000
Chicago, IL 60605


Phone: 312-780-0011
Last Four Digits of Acct #: 8903


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: /s/Keith Labell                          Date: March 09, 2017
Transferee/Transferee's Agent


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on March 9, 2017, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via

CM/ECF or United States Mail to the following parties:

Jerome D. Frank
30833 Northwestern Hwy
Ste. 205
Farmington Hills, MI 48334-5643

Augustine O Igwe
7420 Muerdale
West Bloomfield, MI 48322-3313

United States Trustee
211 W Fort Suite 700
Detroit, MI 48322

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: <u>\S\Keith Labell</u>
    Keith Labell, Esquire
    Email: klabell@rasflaw.com



P.O. Box 619063
Dallas, TX 75261-9063

AUGUSTINE O IGWE
7420 MUERDALE
W BLOOMFIELD MI  48322-3313

INTERNET REPRINT



## Welcome to Fay Servicing LLC

Welcome to Fay Servicing, your new mortgage loan servicer. This Welcome Kit is designed to introduce you to our company and help you understand the new model for loan servicing that we employ. At Fay Servicing, we do not adopt the standard approach to loan servicing because our business is not just about debt collection on an account number associated with your loan. At Fay Servicing we understand that you are not just a loan number – **you are a homeowner** – and we are dedicated to making sure that you receive the individual attention and assistance you deserve.

### The Old Model

When was the last time you tried to contact your mortgage loan servicer? Did you have to go through countless automated prompts, enter and reenter your loan number three or four times only to find that when you finally did reach someone they asked for it again? After confirming your loan number and explaining your situation, did you find that your servicing agent could not help you and could not direct you to anyone who could? Traditionally, mortgage loan servicing companies are impersonal businesses where servicing agents are assigned to 1,500-2,000 accounts at a time and are trained to do little more than collect payments. With that much of a workload, even a hardworking, well intentioned servicer could not give you the attention you deserve. When there is a problem with your statement or an issue involving a monthly payment, finding the right person to talk to about your loan is a time consuming task that too often leaves borrowers frustrated and unsuccessful.

### The Fay Model

Here at Fay Servicing, when you call us, you get a person on the other end of the line. That person will *know* who you are, understand your loan situation, and is trained and authorized to provide you with the assistance you need. At Fay Servicing, your mortgage loan is serviced by an Account Manager. Fay Servicing Account Managers are educated financial professionals who maintain fewer than 20% of the account loads that burden traditional servicers. Your *personal* Account Manager, a competent professional who understands today's mortgage market and cares about you and your home, has extensive experience working with mortgage loans and loan processes.

If you have questions or concerns about your loan or if you want to talk to your mortgage servicing company, we are here to help and ready to assist you.

Please don't hesitate to contact your Account Manager today!

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Contact us Monday through Thursday 8:00 am to 8:00 pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



## Important bankruptcy information below. Please read this page carefully before continuing.

Throughout this Welcome Kit, and on all future written correspondence from Fay Servicing, you will see the following disclaimer on the bottom of each page:

*Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.*

If your original obligation has been discharged, this statement means that Fay Servicing acknowledges you are no longer personally responsible for repaying the mortgage debt. This Welcome Kit and future written correspondence from Fay Servicing may contain information regarding the current status of the mortgage and the outstanding amount of the debt. **Please understand that these are not demands for payment.**

However, you may still make voluntary payments towards the debt. These voluntary payments may prevent foreclosure and allow you to remain in your home. Alternatively, if you do not wish to remain in the home, but would like to avoid foreclosure, Fay Servicing may be able to offer you other liquidation options. The information contained in this Welcome Kit and in all of our written correspondence is intended to assist you in making this decision. In the coming days and weeks, you may also receive telephone calls from your Fay Servicing Account Manager. These calls are also for informational purposes only and meant to assist you in making this decision.

If you do not want to be contacted by Fay Servicing, please contact us immediately by phone at 1-800-495-7166 or by mail at 440 S. LaSalle, Suite 2000, Attn: Customer Service Department, Chicago, IL 60605. We will cease all further communications upon your request.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our hours of operation are Monday through Friday 6:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



# Welcome Kit Check List

Below is a list of all items included in this Welcome Kit and a brief description of each for your review. If you have any questions, please call us! You can contact your Account Manager today.

- **Servicing Transfer Letter:** This letter verifies the Transfer of Servicing letter you should have received from your former servicing company. Keep this letter in your files. It contains pertinent information about contacting Fay Servicing, information about how to submit your mortgage payments to Fay Servicing, as well as general information about the transfer of your loan's servicing to Fay Servicing.

- **ACH Enrollment Form:** This enrollment letter offers you the ability to directly debit a checking account to make your monthly mortgage payment. Once set up, your payment will be conveniently deducted on a specific date each month, which will avoid the time and the hassle of mailing us a check each month as well as the delay associated with processing payments through the mail.

- **Request for Taxpayer Identification Number and Certification (Form W-9)** IRS regulations require that we issue Form 1098 to our customers each year and that we obtain and maintain accurate records for this purpose.

- **Debt Validation Notice:** As required by the Fair Debt Collections Practices Act, this Notice gives you important information about your rights under the act.

- **Servicemembers Civil Relief Act Notice Disclosure:** Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App.§§ 501-597b) (SCRA).

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Monday to Thursday 6:30 am to 7:00 pm, Friday 6:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective 02/09/17. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Wells Fargo Home Mortgage is now collecting your payments. Wells Fargo Home Mortgage will stop accepting payments received from you after 02/08/17.

Fay Servicing, LLC will collect your payments going forward. Your new servicer will start accepting payments from you on 02/09/17.

Send all payments due on or after 02/09/17 to Fay Servicing, LLC at this address: P.O. BOX 88009, Chicago, IL 60680-1009.

If you have any questions for either your present servicer, Wells Fargo Home Mortgage or your new servicer Fay Servicing, LLC, about your mortgage loan or this transfer, please contact them using the information below:

| **Current Servicer:** | **New Servicer:** |
|---|---|
| **Wells Fargo Home Mortgage** | **Fay Servicing, LLC** |
| 1-866-234-8271 | **Customer Service Dept.** |
| P.O. Box 10335 | (800) 495-7166 |
| Des Moines, IA 50306-0325 | P.O. Box 809441 |
| | Chicago, IL 60680-9441 |

**Important note about insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: Fay Servicing does not offer any form of optional insurance. If you have mortgage, life, disability or any other type of optional insurance you must contact your current insurance carrier to determine what you must do to retain coverage.

Under Federal Law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.



Fay Servicing
02/13/17

## Important Information

**MAKING MORTGAGE PAYMENTS**

**BY MAIL (USPS):** If you are making payments by mail, please submit each monthly payment with a Fay Servicing Mortgage Statement that will be mailed to you shortly in a self-addressed envelope that will be sent separately. Make your check payable to Fay Servicing, LLC, write your Fay Servicing Loan Number on your check or money order, and mail your payment to us at the following Payment Processing Address:

**Fay Servicing**
**Customer Service Payment Processing**
**P.O. Box 88009**
**Chicago, IL 60680-1009**

Please allow 6-10 business days for payment processing. It is important that you mail payments to this Payment Processing Address. Mailing your payment to any other address will result in a delay in posting your payment.

**BY AUTOMATIC PAYMENT (ACH):** If you enroll in our Automatic Payment plan, your payment will be withdrawn from your bank account on the date your loan payment is due(generally the first day of the month). You can enroll with the ACH Enrollment Form included with this Welcome Kit.

**PAY ONLINE:** If you would like to make payments online, please visit our website at www.fayservicing.com to register and create a personal username and password. Once you register and create a username and password, you will also have the ability to view your loan details, loan activity, escrow information, and copies of your statements online.

**PAY BY PHONE:** Fay Servicing's Pay-by-Phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number below to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, since there's no charge for the call or transaction. Please call us to make a payment at 1-800-495-7166.

**MILITARY & THIRD PARTY PAYMENTS:** If your payment is made by military allotment or a third party payment service, you must contact the Defense Finance and Accounting Service or your payment service company immediately and instruct them to send your payments to Fay Servicing instead of the previous company. Your payment must include the Payment Processing Address above and your new loan number.

**TAX AND INTEREST STATEMENTS:** By January 31st, Fay Servicing and your previous mortgage company will mail statements of mortgage interest and property taxes paid during the period your loan was serviced by each company this year.

**HAZARD INSURANCE:** Please notify your insurance provider to update the mortgagee clause on your insurance policy to reflect the following. Fay Servicing, ISAOA/ATIMA, P.O. Box 3644, Springfield, OH 45501-3644.

**QUESTIONS:** If you have any questions please call us toll free at (800)495-7166. Our office is open Monday-Thursday 8:00 a.m. to 9:00 p.m., Friday 8:30 a.m. to 5:00 p.m., and Saturday 10:00 a.m. to 4:00 p.m. (CST). Fay Servicing is committed to providing honest and impeccable service. We look forward to servicing you. If you wish to contact Fay Servicing in writing, please do so at Fay Servicing Customer Correspondence, P.O. Box 809441 Chicago, IL 60680-9441.

**COMPLAINTS:** The following mailing address must be used for all Notices of Error and Information Requests submitted by mail:

> Fay Servicing, LLC
> 901 S. 2nd Street, Suite 201
> Springfield, IL 62704

*__PLEASE SEE NEXT PAGE FOR ANY NOTICES SPECIFIC TO YOUR STATE__*

The Following email address must be used for all Notices of Error and Information Requests submitted via email: complaints@fayservicing.com.

**IL RESIDENTS:** The primary regulatory agency having jurisdiction over Fay Servicing in Illinois is the Illinois Department of Financial and Professional Regulation (IDFPR), 122 s. Michigan Ave., 19th Floor, Chicago, IL 60603.

**NC RESIDENTS:** Fay Servicing is licensed by the North Carolina Office of Commissioner of Banks. Complaints about Fay Servicing may be submitted to the North Carolina Office of Commissioner of Banks at 4309 Mail Service Center, Raleigh, NC 27699-4309. NC Permit Number: 112302. 440 S. LaSalle St. Suite 2000, Chicago, IL 60605-5011.

**Property Located in Texas:** Complaints regarding the servicing of your mortgage should be sent to the Department of Savings and Mortgage Lending, 2601 N. Lamar, Suite 201 Austin, TX 78705. A toll-free consumer hotline is available at 1-877-276-5550.

**COLORADO RESIDENTS: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.**

**Colorado Local Collection Office:   80 Garden Center, Building B, Suite 3**
**Broomfield, CO 80020**
**(303) -920-4763**

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.**

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only

INTERNET REPRINT



## Fair Debt Collections Practices Act (FDCPA) Validation Notice

February 13, 2017

AUGUSTINE O IGWE
7420 MUERDALE
W BLOOMFIELD MI 48322-3313

Account Number: █████████
RE: 7420   MUERDALE STREET
      WEST BLOOMFIELD MI 48322

(1) According to Fay Servicing records, including information that has been received from the prior servicer, Wells Fargo Home Mortgage, the amount of your debt as of 02/13/17 is provided below

(2) We are collecting the debt on behalf of:  Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2.

(3) Current Monthly Payment Amount: $4,326.25

(4) Payment Due Date: 01/01/15

(5) Summary of Total Debt:

### Principal Balance, Interest, Escrow and Other Debt:

| | |
|---|---|
| Current Principal Balance: | $658,614.23 |
| Current Unpaid Accrued Interest: | $0.00 |
| Escrow Balance: | $0.00 |
| Late Charges: | $0.00 |
| NSF Charges: | $0.00 |
| Partial Payments not yet applied: | $0.00 |
| **Total Amount of Debt:** | **$658,614.23** |

(6) The total amount of your debt is subject to change as a result of interest and other charges (such as Late Charges, Legal fees and Costs, and other charges). Please call Fay Servicing at 1-800-495-7166 for a current payoff at the time of any payment.

(7) Pursuant to the Federal Fair Debt Collections Practice Act, if you do not notify us within thirty days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by Fay Servicing.

(8) If you notify Fay Servicing in writing within thirty days after receipt of this notice, that the debt, or any portion thereof, is disputed, Fay Servicing will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you.

(9) Upon your written request within thirty days after receipt of this notice, Fay Servicing will provide you with the name and address of the original creditor, if different from the current creditor.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only

Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



| Servicemembers Civil Relief | U.S. Department of Housing |
| Act Notice Disclosure | and Urban Development |
| | Office of Housing |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6% during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does a Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders.

Fay Servicing, LLC
P.O. Box 809441
Chicago, IL 60680

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemembers to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.
- "Military OneSource" is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

**form HUD-92070**
**(12/2014)**

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability. Our office hours are Monday through Thursday 7:00 am to 7:00 pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



# AUTOMATIC PAYMENT AUTHORIZATION FOR MORTGAGE PAYMENT

Fay Servicing, LLC offers a convenient system that automatically deducts your payment from your checking or savings account each month. To take advantage of this **FREE** service, simply complete this Automatic Payment Authorization below and return it along with an unsigned voided check* or encoded deposit slip* to: Fay Servicing, 440 S. LaSalle, Suite 2000, Chicago, IL 60605.

Enclosed are two copies of our Automatic Payment Authorization. Please complete and return one copy along with an unsigned voided check or encoded deposit slip. The other copy should be maintained for your records.

*(*The voided check or deposit slip must be preprinted with your name, account number, and financial institution's ABA number. The ABA number is located on the bottom left of your check or deposit slip. ABA numbers starting with a 5, 6, 7, 8, or 9 are not valid. Please contact your financial institution if you are unsure whether your deposit slip contains a valid ABA number).*

**Borrower Name**                                        **Fay Servicing Loan Number**

_____

**Co-Borrower Name**

_____

**Account Holder Name:**

_____

I hereby authorize Fay Servicing, LLC to initiate debit entries in the amount of my monthly payment, including principal, interest, escrow items, reimbursement of corporate advances, and optional insurance as applicable, plus any applicable late charge or NSF fee, from my checking or savings account at my depository institution. I acknowledge that the origination of debit transactions from my account must comply with provisions of U.S. laws.

I understand that, if I have an adjustable rate mortgage (ARM) loan, my principal and interest may vary with changes to my interest rate. Additionally, if I have a loan that is escrowed for taxes and/ or insurance, my total monthly payment amount may vary with changes in my escrow requirements. I hereby authorize Fay Servicing, LLC to change the amount of the debit from my checking or savings account, provided that you notify me of the new payment amount at least 10 days prior to the draft date. I agree that the payment change notice provided to me prior to an adjustment in my interest rate and/or the escrow analysis provided to me prior to an adjustment in my escrow payment shall constitute notice of this payment change as required by the Electronic Funds Transfer Act.

Fay Servicing, LLC has the right to initiate a one-time electronic fund transfer from my account to collect a fee from me for the return of an unpaid payment, including due to insufficient or uncollected funds in my account. Such fee is subject to state law limitations and may vary due to other factors, but in no event shall exceed ten dollars $10.00.

Please allow 30 days for the processing of your authorization form. Please continue to make your payments until you are notified in writing when the first debit entry will begin.

This authority is to remain in effect until I notify Fay Servicing, LLC in writing that authority is revoked. An upcoming payment will not be drafted from my account if this written notice is received at least 3 business days prior to the scheduled draft date. I remain responsible for making timely payments following termination of my enrollment in the automatic payment program.

Please consult your financial institution's error resolution policy if you believe an incorrect transfer from your account has occurred.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Hours of operation: Monday-Thursday 7:30 am to 7:00 pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



Please check one:

**Draft On:** ☐ 1st  ☐ 5th  ☐ 10th  ☐ 15th  ☐ Other  ☐ Biweekly

If Other, please write in day of the month to draft here (must be prior to the 16th): _____

If Biweekly, please write the date to start the draft here (must be at least 30 days from date sent in): _____

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Monday through Thursday 8:00 am to 6:00 pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT



**Financial Institution Name:**          **City, State, and ZIP:**

---

**ABA#:**          **Account Number:**

---

*Please check one:*

**Account Type:**    ☐ **Checking**    ☐ **Savings**

**Draft Amount $**

---

**Optional:** I elect to have an amount drafted that is greater than my monthly payment. I understand that additional amounts will be applied as principal subject to payment of all past due months. Additional draft amount: $_____.

**I HEREBY AGREE TO THE TERMS AND CONDITIONS IN THIS FORM**

---

**Borrower's Signature:**          **Date:**

---

**Co-Borrower's Signature:**          **Date:**

---

**Account Holder's Signature:**          **Date:**

---

*ATTACH VOIDED CHECK HERE*

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only ██████████████ institution ██████ to credit █████████ personal ██████ Monday through Thursday ██████ to ████████ Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT

# AUTOMATIC PAYMENT AUTHORIZATION FOR MORTGAGE PAYMENT

Fay Servicing, LLC offers a convenient system that automatically deducts your payment from your checking or savings account each month. To take advantage of this **FREE** service, simply complete this Automatic Payment Authorization below and return it along with an unsigned voided check* or encoded deposit slip* to: Fay Servicing, 440 S. LaSalle, Suite 2000, Chicago, IL 60605.

Enclosed are two copies of our Automatic Payment Authorization. Please complete and return one copy along with an unsigned voided check or encoded deposit slip. The other copy should be maintained for your records.

*(\*The voided check or deposit slip must be preprinted with your name, account number, and financial institution's ABA number. The ABA number is located on the bottom left of your check or deposit slip. ABA numbers starting with a 5, 6, 7, 8, or 9 are not valid. Please contact your financial institution if you are unsure whether your deposit slip contains a valid ABA number).*

**Borrower Name**                                              **Fay Servicing Loan Number**

_____

**Co-Borrower Name**

_____

**Account Holder Name:**

_____

I hereby authorize Fay Servicing, LLC to initiate debit entries in the amount of my monthly payment, including principal, interest, escrow items, reimbursement of corporate advances, and optional insurance as applicable, plus any applicable late charge or NSF fee, from my checking or savings account at my depository institution. I acknowledge that the origination of debit transactions from my account must comply with provisions of U.S. laws.

I understand that, if I have an adjustable rate mortgage (ARM) loan, my principal and interest may vary with changes to my interest rate. Additionally, if I have a loan that is escrowed for taxes and/ or insurance, my total monthly payment amount may vary with changes in my escrow requirements. I hereby authorize Fay Servicing, LLC to change the amount of the debit from my checking or savings account, provided that you notify me of the new payment amount at least 10 days prior to the draft date. I agree that the payment change notice provided to me prior to an adjustment in my interest rate and/or the escrow analysis provided to me prior to an adjustment in my escrow payment shall constitute notice of this payment change as required by the Electronic Funds Transfer Act.

Fay Servicing, LLC has the right to initiate a one-time electronic fund transfer from my account to collect a fee from me for the return of an unpaid payment, including due to insufficient or uncollected funds in my account. Such fee is subject to state law limitations and may vary due to other factors, but in no event shall exceed ten dollars $10.00.

Please allow 30 days for the processing of your authorization form. Please continue to make your payments until you are notified in writing when the first debit entry will begin.

This authority is to remain in effect until I notify Fay Servicing, LLC in writing that authority is revoked. An upcoming payment will not be drafted from my account if this written notice is received at least 3 business days prior to the scheduled draft date. I remain responsible for making timely payments following termination of my enrollment in the automatic payment program.

Please consult your financial institution's error resolution policy if you believe an incorrect transfer from your account has occurred..

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only

INTERNET REPRINT

*Please check one:*

**Draft On:**  ☐ 1st   ☐ 5th   ☐ 10th   ☐ 15th   ☐ Other   ☐ Biweekly

**If Other, please write in day of the month to draft here (must be prior to the 16th):**_____

**If Biweekly, please write the date to start the draft here (must be at least 30 days from date sent in):**_____

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. ████████████ Monday through Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # 88244

INTERNET REPRINT

**Financial Institution Name:** | **City, State, and ZIP:**

**ABA#:** | **Account Number:**

*Please check one:*

**Account Type:** ☐ Checking ☐ Savings

**Draft Amount $**

**Optional:** I elect to have an amount drafted that is greater than my monthly payment. I understand that additional amounts will be applied as principal subject to payment of all past due months. Additional draft amount: $_____.

**I HEREBY AGREE TO THE TERMS AND CONDITIONS IN THIS FORM**

**Borrower's Signature:** | Date:

**Co-Borrower's Signature:** | Date:

**Account Holder's Signature:** | Date:

*ATTACH VOIDED CHECK HERE*

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only

INTERNET REPRINT

02/13/17

AUGUSTINE O IGWE
7420 MUERDALE
W BLOOMFIELD MI  48322-3313

      **RE:**    **Request for Taxpayer Identification Number and Certification (Form W-9)**
              **Account Number:** ▇▇▇▇▇▇
              **Property Address:**   **7420   MUERDALE STREET**
                                 **WEST BLOOMFIELD  MI 48322**

Dear Borrower,

IRS regulations require that we issue Form 1098 to our customers each year and that we obtain and maintain accurate records for this purpose.

Our records indicate that we have not yet obtained written verification of the taxpayer information associated with the account referenced above.

Enclosed please find Form W-9 to complete, sign and return as soon as possible for timely processing. The address to which you should send the Form is as follows:

    Fay Servicing
    Tax Verification Department
    P.O. Box 809441
    Chicago, IL 60680

If you have any questions, please contact Fay Servicing today at 800-495-7166. We are available Monday through Thursday 9am to 4 pm., Friday from 9am to 5pm., and Saturday from 10am to 4pm CST.

Thank you,

Fay Servicing

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |

**Print or type**
**See Specific Instructions on page 2.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ............................

☐ Exempt payee

☐ Other (see instructions) ▶

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

---

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**

---

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶ |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

INTERNET REPRINT

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income will be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a domestic owner, the domestic owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, you must complete an appropriate Form W-8.

**Note.** Check the appropriate box for the federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the tax classification in the space provided. If you are an LLC that is treated as a partnership for federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner

Other entities. Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/ disregarded entity name" line.

## Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the "Business name/ disregarded entity name," sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

Note. If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 5 and 7 through 13. Also, C corporations. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

## Part I. Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see Limited Liability Company (LLC) on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

Note. See the chart on page 4 for further clarification of name and TIN combinations.

How to get a TIN. If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at www.ssa.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/businesses and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

Note. Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

Caution: A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, below, and items 4 and 5 on page 4 indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see Exempt Payee on page 3.

Signature requirements. Complete the certification as indicated in items 1 through 3, below, and items 4 and 5 on page 4.

1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983. You must give your correct TIN, but you do not have to sign the certification.

2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. Real estate transactions. You must sign the certification. You may cross out item 2 of the certification.

Form W-9 (Rev. 12-2011)

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

Circle the minor's name and furnish the minor's SSN.

You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

**\*Note.** Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.